UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHREEK BUSH,

           Plaintiff,

  -against-

THE PEOPLE OF THE STATE OF NEW YORK, ET AL.,

           Defendants.

24-CV-2359(CS)

MOTION FOR A RESPONSE FROM DEFENDANTS MOTION TO DISMISS PLAINTIFF CIVIL CASE COMPLAINT

Dear CATHY SEIBEL,

    The Defendants have filed a motion to dismiss towards the [Plaintiff] complaint civil case, then the [Plaintiff] responded with a motion to oppose the Defendants motion to dismiss which was further followed by a secondary motion to dismiss from the Defendants that was court ordered before or on June 10, 2025. All motions were filed by there ordered date by the courts from the Defendants and [Plaintiff] but it has been a whole month without a ruling answer for these mentioned motions or any kind of notice of action in regard toward these motions.

:Jahreek-Bush
JID: 0000277859
Westchester Department Of Corrections
Westchester County Jail
10 Woods Road
Valhalla, New York 10595

There are a number of motions in line ahead of the motion to dismiss in this case. The Court will get to the motion in due course as its schedule permits. There is nothing more required of Plaintiff at this time.

8/5/25

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.


RECEIVED
AUG 04 2025
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

: Jahreek-Bush
Westchester Department of Corrections
Westchester County Jail
10 Woods Road
Valhalla, New York 10595

WESTCHESTER NY 105
31 JUL 2025 PM 1 L



RECEIVED
AUG 04 2025
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601