UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Bush,**

                          Plaintiffs,

          -against-

**The People of the State of New York, et al.,**

                         Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/11/2026 __

**ORDER RE STATUS CONFERENCE**

*7:24-cv-2359 CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **March 12, 2026  at 10:30 am**  The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.

## Re: Incarcerated Prisoners

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
      **SO ORDERED.**

DATED:     White Plains, New York
             February 11, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge