**MEMO ENDORSED**



**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 11, 2026

**By ECF**
Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: *Bush v. State of New York*, No. 24 Civ. 2359 (CS) (VR)

Dear Judge Reznik:

   The Office of the New York Attorney General ("OAG") represents Defendants New York State Troopers Matthew Stone ("Stone") and Michael Lin ("Lin"), and New York State Police Investigator Joe Rodriguez ("Rodriguez") (collectively "Defendants"). Yesterday, Defendants filed a letter indicate that Plaintiff Jahreek Bush ("Plaintiff") has been transferred to FCI Cumberland, and to respectfully request that the March 12, 2026 teleconference be adjourned. (ECF 75). FCI Cumberland confirmed this morning that Plaintiff will be made available for the teleconference. Accordingly, Defendants respectfully request to withdraw their letter motion for an adjournment.

          Respectfully submitted,

          LETITIA JAMES
          Attorney General of the State of New York
          *Attorney for Defendants*

          By: */s/ Samuel A. Blaustein*
          SAMUEL A. BLAUSTEIN
          Assistant Attorney General
          212-416-8177
          Samuel.Blaustein@ag.ny.gov

Hon. Victoria Reznik                                                        Page 2 of 2
*Bush v. State of New York,* 24 Civ. 2359
March 11, 2026

Cc:    **By First Class Mail**
       Jahreek Bush, 82498-510
       FCI Cumberland
       Federal Correctional Institution
       P.O. Box 1000
       Cumberland, MD 21501


Defendants' request is **GRANTED**. The request by Defendants in ECF No. 73 to adjourn the status conference scheduled for 3/12/2026 at 10:30 a.m. is deemed withdrawn. All parties are directed to appear for the conference as scheduled. The instructions to dial into the conference remain the same as provided in ECF No. 69.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 75.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 3/11/2026