UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Bush,**

                                   Plaintiffs,

                  -against-

**The People of the State of New York,**
                                   Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 3/16/2026 _

**ORDER RE STATUS CONFERENCE**

*7:24-cv-2359 CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **April 22, 2026 at 10:30 am**. The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.

**Re: Incarcerated Prisoners**

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
        **SO ORDERED.**

DATED:      White Plains, New York
            March 16, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

**Copy mailed to Pro Se Plaintiff on March 16, 2026 by Chambers of Judge Reznik at Cumberland FCI due to recent transfer.**