UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JAHREEK BUSH,                                    :
                                                 :        24 Civ. 2359 (CS)(VR)
                              Plaintiff,          :
                                                 :        **ORDER AUTHORIZING THE**
            - against –                          :        **DEPOSITION OF INCARCERATED**
                                                 :        **INDIVIDUAL**
PEOPLE OF THE STATE OF NEW YORK, et al,          :
                                                 :
                              Defendants.         :
-------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that

an Assistant Attorney General may take the deposition of plaintiff Jahreek

Bush, Register No. 82498-510, either in person or by videoconference before a notary public, or

some other officer authorized to administer oaths by the laws of the United States or of the State

of New York, at any Federal Correctional Institution, upon notice to the plaintiff and the Warden

of the correctional institution where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may

impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this

action.

Dated: April 16, 2026

SO ORDERED.

_____
Hon. VICTORIA REZNIK
United States Magistrate Judge

1