UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Bush**,

                              Plaintiffs,

            -against-

**State Of New York**.,

                              Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/23/2026 _

### ORDER RE STATUS CONFERENCE

*7:24-cv-2359 CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **June 9, 2026  at  10:30 am** The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.

### Re: Incarcerated Prisoners

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
        **SO ORDERED.**

DATED:     White Plains, New York
              April 23, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge