UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Bush,**

                                                Plaintiffs,

                -against-

**State of New York.,**

                                                Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/11/2026 __

**ORDER RE STATUS CONFERENCE**

*7:24-cv-2359 CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **June 25, 2026   at  11:30 am**  The parties are to dial in to the Cisco Webex conference line at **855-244-8681**, enter **Meeting ID 2310 527 2044**, then # to enter the conference.

**Re: Incarcerated Prisoners**

    *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
    **SO ORDERED.**

DATED:    White Plains, New York
            June 11, 2026

                                _____
                                VICTORIA REZNIK
                                United States Magistrate Judge