UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Bush,**

Plaintiffs,

-against-

**People of the State of New York, et al**,

Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/26/2026 ___

**ORDER RE STATUS CONFERENCE**

*7:24-cv-2359 CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **August 12, 2026  at 10:30 am**  The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.

**Re: Incarcerated Prisoners**

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
	**SO ORDERED.**

DATED:	White Plains, New York
	June 26, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

**Copy sent by Chambers of Judge Reznik to Pro Se Plaintiff at address reported at June 25, 2026 telephone conference on June 26, 2026**