USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**Jahreek Bush**,

                                        Plaintiff(s),

                -against-

**The People of the State of New York et al**
                                Defendant(s).
------------------------------------------------------------------X

*7:24-cv-2359 CS-VR*

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

At a telephone status conference on June 25, 2026, before the Hon.

Victoria Reznik, the Plaintiff, Mr. Jahreek Bush, reported that he has been

relocated to a new facility in Berlin, NH.  This information was verified by the

Bureau of Prisons online Inmate Locator.

The Clerk of the Court is directed to update the Plaintiff's address on the

docket as follows:

**Jahreek Bush**
**Reg. No 82498-510**
**1 Success Loop Rd**
**Berlin, NH 03570**

        **SO ORDERED.**

DATED:    White Plains, New York
                6/26/26

_____
VICTORIA REZNIK
United States Magistrate Judge