USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Bush,**

**Plaintiffs,**

**-against-**

**The People of the State of New York,**

**Defendant.**
----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:24-cv-2359 CS-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **October 14, 2026 at 10:30 am.** The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference

.

**Re: Incarcerated Prisoners**

***Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.***

**SO ORDERED.**

DATED: White Plains, New York
August 17, 2026

VICTORIA REZNIK
United States Magistrate Judge

**Copy mailed to Plaintiff by Chambers of Judge Reznik on August 18, 2026**