USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Jahreek Bush,

Plaintiff,

-against-

Matthew Stone et al.,

Defendants.

-------------------------------------------------------------X

24-cv-02359-CS-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On October 29, 2026, the Court held a conference to address Plaintiff's letter alleging deficiencies in Defendants' document production. The Court resolved the disputes and explained its reasoning on the record. This Order memorializes and summarizes those rulings.

**Plaintiff's February 2022 Arrest, Request No. 1:** Defendants were directed to provide Plaintiff's new facility with the body camera video from his February 2022 Arrest so that Plaintiff could conduct an additional secured review, if necessary.

**Plaintiff's February 2022 Arrest, Request Nos. 2–5; April 2023 Arrest, Request Nos. 1, 5, and 7–10:** The Court found that Defendants were not required to produce the requested documents because they were outside Defendants' possession or control, irrelevant to Plaintiff's remaining claims, or implicated the doctrine established by the Supreme Court in *Heck v. Humphrey*, 512 U.S. 477 (1994), which generally bars a plaintiff from using a civil action to challenge the validity of a prior criminal conviction. Plaintiff was directed to try

and contact his former criminal attorney and his current appellate attorney to seek their assistance in obtaining the documents.

**<u>Plaintiff's April 2023 Arrest, Request Nos. 2–3:</u>** After reviewing Defendants' document production *in camera*, the Court found that Defendants had produced the requested documents to Plaintiff.

**<u>Plaintiff's April 2023, Request No. 4:</u>** The Court will address this request in its forthcoming opinion resolving the parties' separate dispute over Defendants' invocation of the law enforcement privilege . That opinion will explain why Defendants need not produce the requested information.

**<u>Plaintiff's April 2023, Request No. 6:</u>** Defendants were directed to determine whether they could obtain information about Plaintiff's 2016 conviction from the relevant police database without Plaintiff's authorization. If unable to do so, Defendants were directed to send Plaintiff an authorization form, which he agreed to sign.

**By November 16, 2026**, Defendants were directed to submit a letter updating the Court on the status of their production of body camera video to Plaintiff's new facility and their ability to gather information on Plaintiff's 2016 conviction.

**By November 30, 2026**, Plaintiff was directed to submit a letter updating the Court on his efforts to contact his former criminal attorney and current appellate attorney.

**SO ORDERED.**

DATED: White Plains, New York
11/4/2026

VICTORIA REZNIK
United States Magistrate Judge